UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIBO REN, | Case No.: C 12-4510 PSG |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| YAN LIANG, et al., | |
| Defendants. | |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than July 1, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, July 9, 2013 at 10:00 a.m. to show cause why the case should not be dismissed.

Dated: May 17, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER